An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY DANIEL STARCEVICH,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63207

**FILED**

OCT 0 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal under NRAP 4(c) from a judgment of conviction. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Counsel further advises this court that having been so informed, appellant consents to a voluntary dismissal of this

SUPREME COURT
OF
NEVADA

(O) 1947A

13-29220

appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Jerome T. Tao, District Judge
       Jean J. Schwartzer
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Timothy Daniel Starcevich

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order. *See also* NRAP 4(c)(4).